UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMENA WEMBAKOY,<br><br>                    Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | Case No. C25-1518-MLP<br><br>ORDER EXTENDING RESPONSE DEADLINE |

Based on Defendant's Motion for Extension of Response Deadline (dkt. # 8), and that opposing counsel has no opposition, it is hereby ORDERED:

- Defendant shall have up to and including **fourteen (14) days** after the end of the government shutdown to file a response to Plaintiff's complaint.

Dated this 9th day of October, 2025.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER EXTENDING RESPONSE DEADLINE - 1